**Moises R. Ceja**, OSB 110877
mceja@oregonlawcenter.org
**Mark J. Wilk**, OSB 81421
mwilk@oregonlawcenter.org
**Spencer Neal**, OSB 77286
Spencerneal@justice.com
Oregon Law Center
230 W. Hayes Street
Woodburn, Oregon 97071
Telephone: (503) 981-0336
Fax: (503) 981-0373
Of Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **ESPERANZA GONZALEZ PEREZ** | Case No. CV-3:13-CV-00664 |
| **Plaintiff,** | |
| v. | STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| **FRANK'S FARM LABOR CONTRACTING, INC.,** An Oregon domestic business corporation | |
| **Defendant.** | |

The parties have settled this action pursuant to a separate settlement agreement, and based on the stipulation of the parties,

IT IS HEREBY ORDERED that all claims asserted in this action are dismissed with prejudice and without costs, disbursements or attorney fees to either party.

DATED: July 12, 2013               /s/ Anna J. Brown
                                   _____
                                   Federal District Court Judge/Court Clerk

Page 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

| OREGON LAW CENTER | CHURCHILL LEONARD, LLP |
|---|---|
| By _____ | By _____ |
| Moises R. Ceja | Jill F. Foster |
| Attorneys for Plaintiff | Attorneys for Defendant |